# Exhibit A

# WE'RE HERE TO HELP



**Resolve your debt with a discount today**

| | |
|---|---|
| **Phone:** | (866) 300-8750 |
| **Visit Us Online:** | MidlandCredit.com |
| **Current Owner:** | Midland Funding LLC |
| **Current Servicer:** | Midland Credit Management, Inc. |
| **Current Balance:** | $3,098.48 |

Save **20%** now

Avoid collections LATER!

**MidlandCredit.com**
**(866) 300-8750**

James Anderson
P3 T16 15650 Walden Rd Apt 4108
003 Montgomery, TX 77356-1780

## Choose The Option That Works For You.

05/01/2020

Dear James,

We know times are tough. That's why we are offering you flexible options to resolve your Legal Collections account without any further legal action. We encourage you to take advantage of these generous options: pay TODAY at MidlandCredit.com or call (866) 300-8750 now.

**Option 1\*:**   **Save 20%**    You Pay Only
This discount expires on 05/31/2020    $2,478.78

**Option 2\*\*:**   **Start Small**    Pay as Little as $5 per Month
This offer expires 6-30-2020    for the First 3 Months

**Option 3:**   **Let Us Know Your Status:**    Temporary Hardships
Call today to discuss your options and get more details.    Available

During times like these a single call can make a big difference. We want to resolve this debt without any further legal action—please call us at **(866) 300-8750** now. You may also make a payment online at MidlandCredit.com

Sincerely,
Boris Salamakhin, **Group Manager**

### Flexibility You Need

Defer Your Payments

Make Small Initial Payments (as low as $5)

STOP our calls by selecting one of these 3 options

The 20% discount expires 05/31/2020

Other options available through 06-30-2020.

MidlandCredit.com
(866) 300-8750

M – Fri: 8:00am – 7:30pm EST
Sat: Closed Sun: Closed

\*To take advantage of Option 1, log in to MidlandCredit.com, choose "MAKE A PAYMENT" and follow the on-screen instructions. You may also call (866) 300-8750

\*\*Option 2 is only available by calling (866) 300-8750

For details regarding the account that comprises your current balance, please see the 'Additional Information' section on the back of this letter.

A judgment could be awarded by the court before the expiration of the discount offer listed in this letter. A judgment may include costs and post-judgment interest which may increase the balance owed. If you pay the discount offer in this letter by 05/31/2020, we will satisfy the judgment in full upon receipt of payment based on the balance stated in this letter. Please contact us if you have any questions.

When your account has been paid, and if data related to the account is still being furnished to the consumer reporting agencies, a request will be made of the three major consumer reporting agencies to report the Midland Funding LLC trade line related to the above referenced account as paid.

003660



Midland Credit Management

P.O. Box 2121 Warren, MI 48090

We are not obligated to renew any offers provided.

Visit Us Online: **MidlandCredit.com**

Call: **(866) 300-8750**

Mail: **Payment certificate below**

**PLEASE SEE REVERSE SIDE FOR IMPORTANT DISCLOSURE INFORMATION**

*Please tear off and return lower portion with payment in the envelope provided*

## Payment Certificate

DOEC_ILMS

| | |
|---|---|
| **Current Balance:** | $3,098.48 |
| **Due Date:** | 05/31/2020 |
| **Amount Enclosed:** | $ |

**Directions:**
1) Make your check payable to: Midland Credit Management, Inc.
2) Fill out the amount enclosed on the Payment Certificate
3) Place your check and Payment Certificate in the envelope provided. Do not staple, clip, or tape. Do not send cash.
4) Mail Payment Certificate to:





P.O. Box 2121 Warren, MI 48090

16-216540

0000000012870880000000000000000309848116