United States District Court
Southern District of Texas
**ENTERED**
July 19, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAMES ANDERSON, § § Plaintiff, § VS. § MIDLAND CREDIT MANAGEMENT, INC., § *et al*, § Defendants. § | CIVIL ACTION NO. 4:20-CV-3834 |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation filed July 15, 2021, (Doc # 30), it is hereby ORDERED that this action be dismissed as to the alleged putative class without prejudice and with prejudice as to plaintiff's individual claims and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED. 07/19/2021.

_____
The Honorable Alfred H. Bennett
United States District Judge